# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-587-RJC-DCK

| | |
|---|---|
| GORDON E. RHYNE and CAROL RHYNE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES STEEL ) <br> CORPORATION, SUNOCO, INC. (R&M), ) <br> SAFETY-KLEEN SYSTEMS, INC., and ) <br> CRC INDUSTRIES, INC., ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) filed by Eric G. Sauls, concerning Peri A. Berger on November 29, 2018. Mr. Peri A. Berger seeks to appear as counsel *pro hac vice* for Defendant Safety-Kleen Systems, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, and noting that the motion is not opposed, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) is **GRANTED.** Mr. Peri A. Berger is hereby admitted *pro hac vice* to represent Defendant Safety-Kleen Systems, Inc.

**SO ORDERED**.

Signed: November 29, 2018

David C. Keesler
United States Magistrate Judge