IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-587-RJC-DCK

| | |
|---|---|
| GORDON E. RHYNE and CAROL RHYNE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES STEEL ) <br> CORPORATION, SUNOCO, INC. (R&M), ) <br> SAFETY-KLEEN SYSTEMS, INC., and ) <br> CRC INDUSTRIES, INC., ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 17) filed by Jonathan Schulz, concerning Matthew Cairone on December 21, 2018. Mr. Cairone seeks to appear as counsel *pro hac vice* for Defendant United States Steel Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, and noting that the motion is not opposed, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 17) is **GRANTED**. Mr. Matthew Cairone is hereby admitted *pro hac vice* to represent Defendant United States Steel Corporation.

**SO ORDERED**.

Signed: December 21, 2018

David C. Keesler
United States Magistrate Judge