# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-587-RJC-DCK

| | |
|---|---|
| GORDON E. RHYNE and CAROL RHYNE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES STEEL ) | |
| CORPORATION, SUNOCO, INC. (R&M), ) | |
| SAFETY-KLEEN SYSTEMS, INC., and ) | |
| CRC INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 25) filed by William M. Graham, concerning Timothy A. Burke on August 20, 2019. Mr. Timothy A. Burke seeks to appear as counsel *pro hac vice* for Plaintiff Gordon E. Rhyne and Carol Rhyne. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, and noting that the motion is not opposed, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 25) is **GRANTED**. Mr. Timothy A. Burke is hereby admitted *pro hac vice* to represent Plaintiff Gordon E. Rhyne and Carol Rhyne.

**SO ORDERED**.

Signed: August 20, 2019

David C. Keesler
United States Magistrate Judge