# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-587-RJC-DCK

| | |
|---|---|
| GORDON E. RHYNE and CAROL RHYNE, | )<br>)<br>) |
| Plaintiffs. | )<br>) |
| v. | )     **ORDER**<br>) |
| UNITED STATES STEEL CORPORATION, SUNOCO, INC. (R&M), SAFETY-KLEEN SYSTEMS, INC., and CRC INDUSTRIES, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Extension Of Time" (Document No. 35) filed February 7, 2020 by Defendant Safety-Kleen. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Extension Of Time" (Document No. 35) is **GRANTED**. The parties shall have up to and including **February 20, 2020** to file a stipulation of dismissal.

**IT IS FURTHER ORDERED** that "Defendant Safety-Kleen Systems Inc.'s Motion To Extend … Deadlines" (Document No. 31) is **DENIED AS MOOT**.

Signed: February 7, 2020

David C. Keesler
United States Magistrate Judge