UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-00587-RJC-DCK

| | |
|---|---|
| GORDON E. RHYNE and CAROL RHYNE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) **ORDER** |
| CRC INDUSTRIES, INC., | ) ) |
| Defendant. | ) ) ) |

**THIS MATTER** comes before the Court on the parties' joint motion to dismiss. (Doc. No. 39.) Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties seek an order dismissing with prejudice all of Plaintiffs' claims against CRC Industries, Inc.

**IT IS THEREFORE ORDERED** that the parties' joint motion to dismiss, (Doc. No. 39), is **GRANTED**. Plaintiffs' claims against CRC Industries, Inc. are **DISMISSED with prejudice**. The Clerk of Court is directed to close this case.

Signed: June 2, 2020

Robert J. Conrad, Jr.
United States District Judge