# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Gordon E. Rhyne </br>Carol Rhyne**,** | ) </br>**)** </br>) | JUDGMENT IN CASE |
| Plaintiff(s), | ) </br>) | 3:18-cv-00587-RJC-DCK |
| vs. | ) </br>) </br>) | |
| CRC Industries, Inc.**,** | **)** </br>**)** | |
| Defendant(s). | **)** | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 2, 2020 Order.

June 2, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court